**KAZEROUNI LAW GROUP A.P.C.**
Ross H. Schmierer, Esq. (RS-7215)
3000 Atrium Way, Suite 200
Mount Laurel, New Jersey 08054
Phone: (732) 588-8688
ross@kazlg.com

*Attorneys for Plaintiff and Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Robert Doyle, individually and of behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>-against-<br><br>RCI, LLC d/b/a Resorts Condominium International,<br><br>              Defendant. | Case Number: 2:23-cv-23237-ES-JSA<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i), Plaintiff hereby voluntarily dismisses this action *without* prejudice.

                              **KAZEROUNI LAW GROUP, A.P.C.**

                    By:  _____
                              Ross H. Schmierer, Esq.
                              3000 Atrium Way, Suite 200
                              Mount Laurel, New Jersey 08054
                              (732) 588-8688
                              ross@kazlg.com

**SO ORDERED.** The Clerk of the Court shall mark this matter **CLOSED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated: February 26, 2024**